Elizabeth Bredin, appellee, v. Martin Larson, appellant. Gen. No. 26,862.

Action for false imprisonment by being detained in defendant's store. Judgment for plaintiff. Appeal from the Circuit Court of

Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed December 30, 1921.

George H. Kriete, for appellant. Tinsman & Blocki, for appellee.

Mr. Justice Barnes delivered the opinion of the court.